UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MERCY HEALTH – REGIONAL MEDICAL CENTER, et al. | ) CASE NO. 1:24-CV-02265 )<br>) JUDGE J. PHILIP CALABRESE |
| Plaintiffs, | ) |
| v. | ) **STIPULATED REQUEST FOR**<br>) **ADDITIONAL TIME WITHIN WHICH** |
| CITY OF LORAIN, *et al.*, | ) **TO SUBMIT DISMISSAL ENTRY**<br>) |
| Defendants. | |

Now come the respective parties, by and through undersigned counsel, and hereby request an additional fourteen (14) days until April 15, 2025 within which to submit the dismissal entry in the above captioned matter. As the Court is aware, the parties reached a settlement agreement in principle on March 3, 2025. The Court requested that a dismissal entry be submitted by April 1, 2025. The parties have been working diligently to complete the necessary paperwork to finalize resolution of this dispute and request an additional fourteen days within which to complete that process such that a dismissal entry can be submitted for the Court's consideration.

Respectfully submitted,

/s/ *Brian D. Sullivan*
ERIN SIEBENHAR HESS (0074007)
BRIAN D. SULLIVAN (0063536)
TAYLOR C. KNIGHT (0089531)
JORDEN R. MESSMER (0102652)
Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
(216) 687-1311 (216) 687-1841 – Fax
ehess@reminger.com
bsullivan@reminger.com
tknight@reminger.com
jmessmer@reminger.com
*Counsel for Plaintiffs*

/s/ *John T. McLandrich (per consent)*
JOHN T. MCLANDRICH (0021494)
ZACHARY W. ANDERSON (0095921)
STEVEN K. KELLEY (0023747)
Mazanec, Raskin and Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 - Fax
jmclandrich@mrrlaw.com
zanderson@mrrlaw.com
skelley@mrrlaw.com
*Counsel for Defendant James P. McCann*

*/s/ Nicholas Hanek (per consent)*
DAVID M. SMITH (0079400)
NICHOLAS HANEK (0083578)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
(216) 831-0042
(216) 831-0542 – Fax
dsmith@meyersroman.com
nhanek@meyersroman.com

*Counsel for Defendants J.D. Tomlinson, Matthew Kern and Lorain County Board of Commissioners*

*/s/ Leigh S. Prugh (per consent)*
LEIGH S. PRUGH (0072852)
Assistant Prosecuting Attorney
225 Court Street, 3rd Floor
Elyria, Ohio 44035
(440) 329-5736
(440) 329-5430 – Fax
Leigh.prugh@lcprosecutor.org

*Counsel for Defendants J.D. Tomlinson, Matthew Kern and Lorain County Board of Commissioners*

*/s/ Nicholas E. Froning (per consent)*
NICHOLAS E. FRONING (0091755)
RICHARD S. KOBLENTZ (0002677)
STEPHEN W. GARD (0001150) Of Counsel
Koblentz, Penvose & Froning, LLC
3 Summit Park Drive, Suite 440
Cleveland, Ohio 44131
(216) 621-3012
nick@koblentzlaw.com
rich@koblentzlaw.com
Stephen.gard@yahoo.com

*Counsel for Defendant City of Lorain*

*/s/ Joeseph P. Dunson (per consent)*
TIMOTHY J. WEYLS, JR. (0069734)
JEFFREY T. PETERS (0071181)
JOSEPH P. DUNSON (0082824)
Weyls Peters & Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
(216) 264-4822
(216) 503-4667 – Fax
tj@w-pllc.com
joe@dunson-law.com
jeff@w-pllc.com

*Counsel for Defendants Patrick Riley and Joseph LaVeck*

*/s/ Peter C. Mapley (per consent)*
PETER C. MAPLEY (0092359)
SEAN H. SOBEL (0086905)
CLAIRE I. WADE (093714)
Sobel, Wade & Mapley, LLC
65 Erieview Plaza, #610
Cleveland, Ohio 44114
(216) 223-7213
mapley@swmlawfirm.com
sobel@swmlawfirm.com
wade@swmlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian D. Sullivan*
Brian D. Sullivan (0063536)