GRANTED.
*/s/ J. Philip Calabrese*
Dated: April 1, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MERCY HEALTH – REGIONAL MEDICAL CENTER, et al. | ) CASE NO. 1:24-CV-02265 ) |
| Plaintiffs, | ) JUDGE J. PHILIP CALABRESE ) ) |
| v. | ) **STIPULATED REQUEST FOR** ) **ADDITIONAL TIME WITHIN WHICH** |
| CITY OF LORAIN, *et al.*, | ) **TO SUBMIT DISMISSAL ENTRY** ) |
| Defendants. | |

Now come the respective parties, by and through undersigned counsel, and hereby request an additional fourteen (14) days until April 15, 2025 within which to submit the dismissal entry in the above captioned matter. As the Court is aware, the parties reached a settlement agreement in principle on March 3, 2025. The Court requested that a dismissal entry be submitted by April 1, 2025. The parties have been working diligently to complete the necessary paperwork to finalize resolution of this dispute and request an additional fourteen days within which to complete that process such that a dismissal entry can be submitted for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| /s/ *Brian D. Sullivan* | */s/ John T. McLandrich (per consent)* |
| ERIN SIEBENHAR HESS (0074007) | JOHN T. MCLANDRICH (0021494) |
| BRIAN D. SULLIVAN (0063536) | ZACHARY W. ANDERSON (0095921) |
| TAYLOR C. KNIGHT (0089531) | STEVEN K. KELLEY (0023747) |
| JORDEN R. MESSMER (0102652) | Mazanec, Raskin and Ryder Co., L.P.A. |
| Reminger Co., L.P.A. | 100 Franklin's Row |
| 200 Public Square, Suite 1200 | 34305 Solon Road |
| Cleveland, Ohio 44114 | Cleveland, OH 44139 |
| (216) 687-1311 (216) 687-1841 – Fax | (440) 248-7906 |
| ehess@reminger.com | (440) 248-8861 - Fax |
| bsullivan@reminger.com | jmclandrich@mrrlaw.com |
| tknight@reminger.com | zanderson@mrrlaw.com |
| jmessmer@reminger.com | skelley@mrrlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant James P. McCann* |