IT IS SO ORDERED.

/s/ J. Philip Calabrese

**J. PHILIP CALABRESE,**
**UNITED STATES DISTRICT JUDGE**
**Date:** May 21, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MERCY HEALTH – REGIONAL MEDICAL CENTER, et al. | ) ) ) | CASE NO. 1:24-CV-02265 |
| | ) | JUDGE J. PHILIP CALABRESE |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| CITY OF LORAIN, *et al.*, | ) ) | |
| Defendants. | | |

Now come the respective parties, by and through undersigned counsel, and pursuant to Fed.Civ.R 41(a)(2), hereby request that the above action be dismissed with prejudice with each party bearing their own costs and expenses. The parties further request that this Court retain jurisdiction over the enforcement of the settlement agreements between and among the parties.

Respectfully submitted,

/s/ Brian D. Sullivan

ERIN SIEBENHAR HESS (0074007)
BRIAN D. SULLIVAN (0063536)
TAYLOR C. KNIGHT (0089531)
JORDEN R. MESSMER (0102652)
Reminger Co., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
(216) 687-1311
(216) 687-1841 – Fax
ehess@reminger.com
bsullivan@reminger.com
tknight@reminger.com
jmessmer@reminger.com

*Counsel for Plaintiffs*

/s/ John T. McLandrich (per consent)

JOHN T. MCLANDRICH (0021494)
ZACHARY W. ANDERSON (0095921)
STEVEN K. KELLEY (0023747)
Mazanec, Raskin and Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 - Fax
jmclandrich@mrrlaw.com
zanderson@mrrlaw.com
skelley@mrrlaw.com

*Counsel for Defendant James P. McCann*

/s/ Nicholas Hanek (per consent)
_____
DAVID M. SMITH (0079400)
NICHOLAS HANEK (0083578)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
(216) 831-0042
(216) 831-0542 – Fax
dsmith@meyersroman.com
nhanek@meyersroman.com

*Counsel for Defendants J.D. Tomlinson, Matthew Kern and Lorain County Board of Commissioners*

/s/ Leigh S. Prugh (per consent)
_____
LEIGH S. PRUGH (0072852)
Assistant Prosecuting Attorney
225 Court Street, 3rd Floor
Elyria, Ohio 44035
(440) 329-5736
(440) 329-5430 – Fax
Leigh.prugh@lcprosecutor.org

*Counsel for Defendants J.D. Tomlinson, Matthew Kern and Lorain County Board of Commissioners*

/s/ Nicholas Froning (per consent)
_____
NICHOLAS E. FRONING (0091755)
RICHARD S. KOBLENTZ (0002677)
STEPHEN W. GARD (0001150) Of Counsel
Koblentz, Penvose & Froning, LLC
3 Summit Park Drive, Suite 440
Cleveland, Ohio 44131
(216) 621-3012
nick@koblentzlaw.com
rich@koblentzlaw.com
Stephen.gard@yahoo.com

*Counsel for Defendant City of Lorain*

/s/ Joseph Dunson (per consent)
_____
TIMOTHY J. WEYLS, JR. (0069734)
JEFFREY T. PETERS (0071181)
JOSEPH P. DUNSON (0082824)
Weyls Peters & Chuparkoff, LLC
6505 Rockside Road, Suite 105
Independence, Ohio 44131
(216) 264-4822
(216) 503-4667 – Fax
tj@w-pllc.com
joe@dunson-law.com
jeff@w-pllc.com

*Counsel for Defendants Patrick Riley and Joseph LaVeck*

/s/ Peter Mapley (per consent)
_____
PETER C. MAPLEY (0092359)
SEAN H. SOBEL (0086905)
CLAIRE I. WADE (093714)
Sobel, Wade & Mapley, LLC
65 Erieview Plaza, #610
Cleveland, Ohio 44114
(216) 223-7213
mapley@swmlawfirm.com
sobel@swmlawfirm.com
wade@swmlawfirm.com

## CERTIFICATE OF SERVICE

      I certify that on **May 21, 2025**, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                          **/s/ Brian D. Sullivan**
                                          Brian D. Sullivan (0063536)